NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-12-0000925
02-AUG-2013
08:08 AM

NO. CAAP-12-0000925

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

KUULEIPULAMA DAWN MANZANO, Plaintiff-Appellant, v.
DONN MANZANO, Defendant-Appellee

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-D NO. 02-1-1933)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Nakamura, C.J., Foley and Reifurth, JJ.)

Upon consideration of the Stipulation to Dismiss Appeal, filed July 18, 2013, by Plaintiff-Appellant Kuuleipulama Dawn Manzano, and the record, it appears that (1) the record on appeal has not been docketed; (2) the stipulation is signed by all parties and their counsel; and (3) dismissal of the appeal is authorized by Hawaiʻi Rules of Appellate Procedure Rule 42(a). Therefore,

IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved and the appeal is dismissed.

DATED: Honolulu, Hawaiʻi, August 2, 2013.

Chief Judge

Associate Judge

Associate Judge